UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELISSA WYATT, *et al.*,  :
                          :
                          :
                          :
v.                        : CASE No. 8:16-CV-768-T-17TGW
                          :
ALBERT BYRNE LITSCHGI, etc., :
*et al.*, :

---

ORDER

THIS CAUSE came on for consideration upon the Plaintiffs' Motion to Compel Discovery from the Defendants, Compel Verification from Defendants, and Extension of Time for Discovery Completion (Doc. 38). The motion fails to comply with Local Rule 3.04(a), which provides that:

> A motion to compel discovery pursuant to Rule 36 or Rule 37, Fed. R. Civ. P., shall include quotation in full of each...interrogatory...or request for production to which the motion is addressed; each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party...immediately followed by a statement of the reason the motion should be granted.

Additionally, Local Rule 3.01(g) states:

> Before filing any motion in a civil case . . . the moving party shall confer with counsel for the opposing party

in a good faith effort to resolve the issues raised by the motion, and shall file with the motion (1) a statement certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.

The plaintiff's Certificate of Good Faith Compliance with Local Rule 3.01(g) states that movant's counsel discussed with opposing counsel initial and supplemental disclosures in February, but none have been produced. It is unclear from this statement whether the parties agreed upon a resolution of any of the disputed discovery requests, but that the agreed-upon discovery had not yet been produced. Furthermore, the 3.01(g) certificate does not indicate that movant's counsel discussed with opposing counsel an extension of the discovery deadline.

It is, therefore, upon consideration,

ORDERED:

That Plaintiffs' Motion to Compel Discovery from the Defendants, Compel Verification from Defendants, and Extension of Time for Discovery Completion (Doc. 38) be, and the same is hereby, **DENIED without prejudice.**

DONE and ORDERED at Tampa, Florida, this 14th day of March, 2017.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE